UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-40728 |
| | ) | Chapter 11 |
| JACK LYNN WILSON | ) | |
| SSN/ITIN xxx-xx-8988 | ) | |
| | ) | |
| and | ) | |
| | ) | ORDER APPROVING DEBTORS' |
| PATRICIA KAY WILSON | ) | SAMPLE BALLOT FORMS |
| aka Patty Wilson | ) | |
| SSN/ITIN xxx-xx-0875 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Debtors' sample ballot forms (doc. 75-1), the official ballot form, Bankr. D.S.D. R. 3018-1(a), and the record before the Court; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtors' sample ballot forms (doc. 75-1) are approved.

So ordered: April 29, 2011.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota